AO 91 (Rev.11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

FILED
2015 JUN 15 AM 11: 57
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 6:15-mj-1298 |
| GREGORY VAUGHN | ) | |
| | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date of January 19, 2015, in the county of Seminole in the Middle District of Florida, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2422(b), 2251(a), and 2252A(a)(2) | Knowingly enticing a minor to engage in illicit sexual conduct; production of child pornography; receipt and possession of child pornography. |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

KEVIN KAUFMAN, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: June 15, 2015

_____
Judge's signature

City and state:   Orlando, Florida           KARLA R. SPAULDING, U.S. Magistrate Judge

**STATE OF FLORIDA**                                              **CASE NO.**

**COUNTY OF ORANGE**

## AFFIDAVIT

## INTRODUCTION

I, Kevin Kaufman, after being duly sworn, depose and state:

1. For the past 11 years, I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI). I currently serve on the FBI Crimes Against Children/Innocent Images Unit in Orlando.

2. As an agent for the FBI Innocent Images Task Force, my responsibilities include investigating possible criminal violations of United States Codes. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography and computer crimes. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252, and 2252A. I have also participated in investigations of persons suspected of violating federal laws pertaining to the enticement of minors under Title 18, United States Code, Section 2422(b). I have participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have been involved in authoring and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

3. This affidavit is submitted in support of a criminal complaint against GREGORY VAUGHN for violations of Title 18, United States Code, Sections 2251, 2252A, and 2422(b). As set forth in more detail below, I believe there is probable cause that VAUGHN, using a facility and means of interstate commerce, that is, the Internet, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense under Florida law, that is, Lewd or Lascivious Exhibition, a violation of Florida Statute, Section 800.04, all in violation of Title 18, United States Code, Section 2422(b). Title 18, United States Code, Section 2251(a), prohibits a person from knowingly employing, using, persuading, inducing, enticing, or coercing a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if the defendant knew or had reason to know that the visual depiction would be mailed or transported in interstate or foreign commerce, or the visual depiction was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer. Title 18, United States Code, Section 2252A, prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate commerce, or in or affecting interstate commerce.

4. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from enforcement officers, information from agency reports, and review of documents provided

to me by these witnesses and enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## INVESTIGATION

5. On May 27, 2015, Seminole County Sheriff's Detective Daniel Bliss received a report from the Douglas County Sheriff's Office in Castle Rock, Colorado. The report detailed an online relationship **VAUGHN** held with a minor identified as "AK." On April 20, 2015, AK'S mother, "CW," reported to Deputy Michael Widmer that AK had been on a social networking website called "Deviantart" which CW observed on her computer's Internet history. CW informed Deputy Widmer that AK had been receiving packages in the mail from EMILY **VAUGHN**. CW asked AK who EMILY **VAUGHN** was and AK stated it was a fellow student of hers in Colorado that had moved to Florida.

6. On April 15, 2015, CW noticed AK'S Gmail account xxxxxxx@gmail.com, was open on her home computer. CW looked through the e-mails and discovered AK had been exchanging e-mails with a man named GREG **VAUGHN** with an e-mail address of yourxxxx@hotmail.com since 2014. CW looked through the e-mails and observed the e-mails were sexual in nature and contained nude pictures of AK and **VAUGHN**.

7. According to CW, the initial e-mails between AK and **VAUGHN** appeared to groom AK to send nude photographs. Additionally, CW discovered **VAUGHN** had offered to pay AK in exchange for nude photographs. Additionally, the e-mails talked about packages **VAUGHN** sent to AK. CW confronted AK about the e-mails and the packages. AK stated she had met **VAUGHN** on a website identified as

deviantart.com. Approximately two years ago (2013), AK created an account on "Deviantart.com" using the username of "xxxxxx." AK had not been active on "Deviantart.com" for about six months. AK utilized CW'S home computer to access the site and met a man with the username "flatoxxxx" who was later identified as **VAUGHN**. AK and **VAUGHN** became friends and discussed AK'S problems in life. The discussions eventually turned into "role play" stories that were sexual in nature.

8. During discussions with **VAUGHN**, **VAUGHN** informed AK that he was into photography. **VAUGHN** told AK she was pretty and had a nice body. At first, **VAUGHN** asked AK to send photographs of her in clothing; however, as time went on **VAUGHN** convinced AK to send nude photographs of herself. **VAUGHN** informed AK that he wanted to pay for the pictures and structured a pay chart for types of photographs AK would take and send to **VAUGHN**. **VAUGHN** sent AK money, books, candy, clothes, panties, and special effects makeup in the mail in exchange for the pictures AK sent to **VAUGHN**.

9. **VAUGHN** requested AK to masturbate and to "cum" into the panties **VAUGHN** mailed AK. **VAUGHN** then asked AK to send the panties back to **VAUGHN**. AK complied and mailed the panties to **VAUGHN**, who in return masturbated in the panties and mailed them back to AK. **VAUGHN** sent AK several nude photographs of himself and videos of him pretending to have sex with AK. On numerous accounts, AK and **VAUGHN** have Skyped. AK has informed **VAUGHN** of her age and has seen AK on Skype several times. While "skyping," AK and **VAUGHN** have masturbated together. AK called **VAUGHN** on his cellular telephone identified as 407-xxx-xxxx.

10. Douglas County Sheriff's Office Detective Shawn Cronce obtained signed consent from CW to search AK'S cellular telephone. During the search of the telephone, Detective Cronce located a contact identified as GREG VAUGHN in AK'S telephone contacts with a telephone number of 407-xxx-xxxx and an e-mail of yourxxxx@hotmail.com.

11. On May 11, 2015, Detective Cronce sent preservation letters to both Google Incorporated and to Microsoft Incorporated for AK'S e-mail accounts xxxxxxx@gmail.com, xxxx60@gmail.com, and yourxxxx@hotmail.com. Detective Cronce obtained state warrants for the content of the e-mails. Detective Cronce received the content from e-mail account xxxxxxx@gmail.com. The content was provided to the FBI.

12. A review of AK'S e-mail account xxxxxxx@gmail.com was conducted. It revealed that on December 16, 2014, **VAUGHN** sent AK a picture of an erect penis being held by a right hand with a comment of "I don't know what I am going to do about this guy." Thereafter, on January 3, 2015, AK sent **VAUGHN** a total of nine photographs in various stages of undress.

13. On January 19, 2015, AK and **VAUGHN** sent several e-mails to each other. The following conversation took place:

    1:01 p.m. AK: "Ok, I'll probably shower and take some pictures for you."

    1:02 p.m. **VAUGHN**: "Cool thanks! I was just looking over the ones I have this morning!"

    1:06 p.m. AK: ":) I'm glad."

    1:07 p.m. **VAUGHN**: "Take some in those panties, could you please?"

1:09 p.m.  AK:  "Of course.:)"

1:17 p.m.  VAUGHN:  "Thank you! :)"

1:21 p.m.  AK:  "XD Dork"

1:22 p.m.  VAUGHN:  "Whose dork am I?"

1:23 p.m.  AK:  "Mine"

1:30 p.m.  VAUGHN:  "Yes!"

1:58 p.m.  AK:  "Will you come back soon."

2:17 p.m.  VAUGHN:  "I'm back.  Driving though."

2:31 p.m.  VAUGHN:  "Do you like candy?"

2:34 p.m.  AK:  "Yes. A lot. XD"

2:37 p.m.  AK:  Sends eight photographs of her undressing down to her under garments.

2:38 p.m.  VAUGHN:  "Me too---plain M&M's and Junior Mints though. What about you?"

2:42 p.m.  AK:  "Oh boy. XD everything?  Kit Kats, almond joys, sweet tarts, m&m's. Loads"

2:45 p.m.  VAUGHN:  "lol.  I'm too picky, I guess!"

2:27 p.m.  AK:  "XD maybe.  Hey Greg.  There are more pictures that...I um...wanted to Know if you wanted me to send them."

2:50 p.m.  VAUGHN:  "I'm just home now so I'm going to look at them, but yes, of course, send them.  I'm paying you still, right?"

2:53 p.m.  AK:  "Yes I'm home alone.  Um k.  I'll send them.  The last two you can put up on the website.  XD they are kinda bad quality so you don't have to."

2:54 p.m.  AK:  Sends an up close picture of her vagina and three pictures of her in a bathing suit.

2:55 p.m.  VAUGHN:  "Oh wow!  You look sooo good honey!  Beautifully sexy!  Those look great on you!"

2:56 p.m. **VAUGHN**: "Holy hotcakes! Those are wow...Wow. Thank you thank you!"

14. EXIF data from the image of AK'S vagina showed that it was taken by a cellular telephone camera with the same make and model as the cellular phone used to take other images which show AK'S face. These images were also e-mailed to **VAUGHN**. Based on the nature of the communications exchanged between **VAUGHN** and AK, and the content of the image of AK'S vagina I believe said image constitutes child pornography.

15. On January 19, 2015, at approximately 12:55 p.m., e-mail user yourxxxx@gmail.com sent e-mail user xxxxxxx@gmail.com a photograph of a horse in a stable. At approximately 12:57 p.m. e-mail user yourxxxx@gmail.com sent e-mail user xxxxxxx@gmail.com an e-mail, "Emily is done. I thought I'd send that in case anyone ever wants to see her. :) She's done. I haven't seen her in a couple of days so I'm taking her and Austin, her boyfriend, to lunch but it won't be long. She has to work later."

16. **VAUGHN'S** cellular telephone exam revealed that on January 19, 2015, at approximately 12:54 p.m., **VAUGHN'S** iPhone had a GPS location in the area of Wllingham Road and Hierloom Rose Place, Oviedo, Florida.

### ARREST AND INTERVIEW OF GREGORY VAUGHN

17. On June 12, 2015, **VAUGHN** was arrested at his residence located in Oviedo, Florida. **VAUGHN** was advised of his *Miranda* rights. **VAUGHN** acknowledged he understood his *Miranda* rights, waived his rights, and agreed to speak with the interviewing agents. **VAUGHN'S** statement is summarized as follows: **VAUGHN** teaches advance placement Psychology at Hagerty High School. **VAUGHN**

has two daughters and is divorced. During his oldest daughter's sophomore year in high school, his daughter attempted to commit suicide. **VAUGHN** advised his daughter was a "cutter" and almost died during the attempt. The following year, **VAUGHN'S** nephew committed suicide. **VAUGHN** grieved the loss by taking an interest in photography. **VAUGHN** posted many of his pictures on an Internet website identified as deviantart.com. While on the website, a female later identified as AK messaged **VAUGHN** about his work. **VAUGHN** and AK continued to communicate with each other and a relationship developed.

18.   **VAUGHN** and AK communicated frequently on the Internet and AK confided in **VAUGHN** about issues AK was having in her life. **VAUGHN** believed he could help AK by making AK feel good about her individuality. **VAUGHN** was asked by the interviewing agents if he knew how old AK was. **VAUGHN** stated he knew she was approximately 17 years old, but was not sure how old she was when the relationship started. **VAUGHN** was asked how he knew she was 17. **VAUGHN** replied that he asked AK how old she was and requested AK to send him a photograph of herself so that he could confirm that he was not chatting with law enforcement. **VAUGHN** admitted he and AK participated in "role playing" through e-mails. Investigators asked about the sexual nature of the "role playing" and **VAUGHN** explained it was part of the therapy to make AK feel good about herself.

19.   **VAUGHN** was asked if he ever had sent nude pictures of his penis to AK. **VAUGHN** initially denied sending any pictures of his penis to AK, but later acknowledged that a picture of his penis was sent to AK, but could not explain why. **VAUGHN** denied he sent any sexual videos to AK or engaged in sexual encounters via Skype. **VAUGHN**

told the interviewing investigators he has several students that confide in him and was counseling them with their problems in life.  **VAUGHN** told the interviewing agents that law enforcement would never understand why he was assisting AK in the manner he was.  The interviewing investigators confronted **VAUGHN** about his lack of truthfulness and presented **VAUGHN** with several instances in which **VAUGHN** sent nude photographs to AK and received nude photographs from AK.  **VAUGHN** requested counsel and the interview was terminated.

20.  Based on the investigation to this date, the affiant believes that all actions undertaken by AK as described herein occurred in Colorado.

### CONCLUSION

21.  I believe there is probable cause that **VAUGHN** has committed a violation of Title 18, United States Code, Sections 2251(a) and 2252A, and Title 18, United States Code, Section 2422(b).

_____
Kevin Kaufman, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this 15th day of June, 2015.

_____
KARLA R. SPAULDING
United States Magistrate Judge

9