

Post Office Box 830926
Ocala, Florida 34483-0926
Phone: (352) 694-7501   Fax: (352) 694-7393

**J. Larry Jerald**                                                                                                  **Member**
Certified Polygraphist                                                                                American Polygraph Association
Since 1977                                                                                                       Florida Polygraph Association
                                                                                                                  American Assoc. of Police Polygraphists

# SPECIFIC ISSUE POLYGRAPH EXAMINATION REPORT
## CONFIDENTIAL

| | |
|---|---|
| TO: | FEDERAL PUBLIC DEFENDER<br>201 S. ORANGE AVENUE, SUITE 300<br>ORLANDO, FL 32801 |
| ATTN: | MARIA GUZMAN, ESQUIRE |
| SUBJECT: | GREGORY VAUGHN |
| EXAM DATE: | FEBRUARY 1, 2016 |
| EXAM LOCATION: | SEMINOLE COUNTY JAIL<br>SANFORD, FLORIDA |

On the above date, Mr. Gregory Vaughn submitted to a specific issue polygraph examination.  He provided no medical or personal information that would adversely impact upon the successful completion of a polygraph exam.  He appeared to be able to comprehend my instructions and appeared fit to submit to a polygraph examination.

Mr. Vaughn signed a consent form agreeing to this examination.  He was provided with a detailed explanation of the polygraph instrument, exam procedure and physiology as it applies to the polygraph.  He was given the opportunity to ask any questions before the examination.  All questions were thoroughly answered prior to the examination being administered.

This polygraph examination was conducted using the Lafayette LX4000 Computerized Polygraph System.  Your polygrapher was trained, by the manufacturer, in the proper operation of this system and its accompanying scoring algorithms.

The Zone Comparison Technique was used to administer this polygraph examination.

**PRE-TEST INTERVIEW:**

The purpose of this polygraph examination was to determine if Mr. Vaughn has sexually touched any child under 18 years of age since he became an adult at age 18. During the pre-test interview it was explained to Mr. Vaughn that the term "sexual touching" meant any touching for sexual pleasure, arousal, gratification, curiosity, excitement or enjoyment. It was also explained to Mr. Vaughn that an adult will be anyone 18-years-old or older while a juvenile will mean anyone under the age of 18. Mr. Vaughn denied that he has sexually touched anyone under 18-years-old since he has been an adult. A polygraph test was constructed to address that issue.

**TEST QUESTIONS:**

The following relevant test questions were asked and answered "no" during the examination:

R5- As an adult, did you sexually touch anyone under 18-years-old?
R7- As an adult, did you **even once** sexually touch anyone under 18-years-old?

**EVALUATION:**

A detailed evaluation of the chart patterns resulted in the opinion that there was **NO DECEPTION INDICATED** in Mr. Vaughn's physiological reactions to the relevant test questions.

This opinion was verified by the following polygraph analysis programs: PolyScore and The Objective Scoring System.

J. Larry Jerald
Certified Polygraphist