**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
**Sentencing**

Case Number: 6:15-cr-165-Orl-40TBS

| UNITED STATES OF AMERICA | Government's counsel: | Ilianys Rivera Miranda |
|---|---|---|
| Plaintiff. | | |
| -v- | | |
| **GREGORY VAUGHN** | Defense Counsel: | Maria Guzman |
| Defendant. | | |

| Judge: | **Paul G. Byron** | Court Reporter: | Koretta Stanford 407.872.1715 |
|---|---|---|---|
| Courtroom Clerk: | N. L. Leiter | Interpreter: | None |
| Date: | March 9, 2016 | Time: Total Time: | 3:00 pm to 4:30 pm One hour and thirty minutes |

Defendant is adjudged guilty to Counts 1, 2, and 3 of the Indictment.

**IMPRISONMENT:** **324** months. This term consists of terms of 324 months on each of Counts 1 and 2 to run concurrently with each other, and 20 years on Count 3, to run concurrently with Counts 1 and 2..

**SUPERVISED RELEASE:  LIFE**.   This term consists of a LIFE term as to Counts 1, 2, and 3, all such terms to run concurrently.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**:
- Mental Health (Sex Offender) condition
- Legal Requirements condition
- Risk Control condition
- Search condition
- Financial condition
- DNA Collection Policy

The mandatory drug testing requirements are WAIVED.

**FINE**: WAIVED

**SPECIAL ASSESSMENT:**  $300.00 due immediately

**FORFEITURE:** Pursuant to the Indictment, Preliminary Order of Forfeiture, and Final Judgment of Forfeiture.

**RESTITUTION:** $7,500.00 to victim A.K.

Defendant is remanded to the custody of the U.S. Marshal.

Defendant advised of right to appeal.

_____

Statement by: Andrew Kollath, father of victim A.K.

_____