# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                               Case No: 6:15-cr-165-Orl-40TBS

**GREGORY VAUGHN,**

      **Defendant.**
_____/

## ORDER

This cause is before the Court on the government's Motion for Issuance of Final Order of Garnishment (Doc. 95) filed on April 22, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 23, 2019 (Doc. 96) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Issuance of Final Order of Garnishment (Doc. 95) is **GRANTED**. A Final Order of Garnishment will follow.

**DONE AND ORDERED** in Orlando, Florida on May 13, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties